# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**TINA M. ROSA**

              **V.**            **CASE NUMBER: 5:04-CV-581(DEW/GJD)**

**JEWISH HOME OF CENTRAL NEW YORK**

**[ ]**     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF, dismissing Plaintiff's cause of action for failure to prosecute pursuant to the Order of the Hon. Donald E. Walter filed on March 7, 2007.

DATED:    March 7, 2007

                                                       *Lawrence K. Baerman*
                                                       Clerk of Court

LKB:lmp